﻿Citation Nr: AXXXXXXXX
Decision Date: 02/27/20 Archive Date: 02/27/20

DOCKET NO. 190401-10814
DATE: February 27, 2020

ORDER

Service connection for cause of death is dismissed.

FINDING OF FACT

The Board lacks jurisdiction to review the merits of the appeal for service connection for cause of death at this time. 

CONCLUSION OF LAW

The criteria for dismissal of the issue of service connection for cause of death have been met. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.104, 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active service in the U.S. Army from January 1960 to January 1963. He died in January 2018. The appellant is his surviving spouse. This matter is on appeal from a June 2018 rating decision.

Dismissal of Appeal

When this appeal came before the Board, it was inaccurately identified as an Appeals Modernization Act (AMA) appeal. The Appeals Modernization Act (AMA), which became effective February 19, 2019, creates a new framework for appellants dissatisfied with VA's decision on their claim to seek review. In this case, the appellant has not appealed a Rapid Appeals Modernization Program (RAMP) rating decision or a rating decision with a notification letter dated on or after February 19, 2019, and there is no appeal of a Statement of the Case or Supplemental Statement of the Case on or after February 19, 2019; therefore, this case is not a valid AMA appeal.

In June 2018, the RO denied service connection for the cause of the Veteran’s death. The appellant was notified of the decision the same month. In March 2019, the appellant submitted a VA 10182 Decision Review Request: Board Appeal (Notice of Disagreement). 

(Continued on the next page)

 

Because the decision on appeal was issued prior to the effective date of the AMA, it must be considered under the older Legacy system it replaced. The appellant may opt to have the appeal processed under the AMA, but to do so, must make such election following issuance of a Statement of the Case (SOC). 38 C.F.R. §§ 3.2400 (c)(2), 19.2(d)(2). No SOC has been issued in this case. The Form 10182 was the first indication of disagreement. For these reasons, the Board lacks jurisdiction to review the merits of what has been mischaracterized as an AMA appeal; therefore, any issue characterized as an AMA appeal must be dismissed as a matter of law, and the appellant may continue to pursue a Legacy appeal.

 

 

J. PARKER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Ferguson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.